**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Komodidad Distributors, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0261399** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **156 Km 58.8**<br>**Caguas, PR 00727**<br>Number, Street, City, State & ZIP Code | **PO Box 6359**<br>**Caguas, PR 00726-6359**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Caguas**<br>County | **Location of principal assets, if different from principal place of business** |
| | **156 Km 58.8 Caguas, PR 00727**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **http://www.shopgatsby.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Komodidad Distributors, Inc.**          Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☑ Yes.

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Debtor  **Komodidad Distributors, Inc.**
_____  Case number (*if known*) _____
Name

**11.  Why is the case filed in** *Check all that apply:*
   **this district?**

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or** ■ No
   **have possession of any**
   **real property or personal** ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
   **property that needs**
   **immediate attention?**
                            **Why does the property need immediate attention?** (*Check all that apply.*)

                            ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                               What is the hazard? _____

                            ☐ It needs to be physically secured or protected from the weather.

                            ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                               livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                            ☐ Other _____

                            **Where is the property?** _____
                                                      Number, Street, City, State & ZIP Code

                            **Is the property insured?**

                            ☐ No

                            ☐ Yes.  Insurance agency _____

                                    Contact name _____

                                    Phone _____

**    Statistical and administrative information**

**13.  Debtor's estimation of** .    *Check one:*
   **available funds**
                            ■ Funds will be available for distribution to unsecured creditors.

                            ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
   **creditors**             ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                            ☐ 100-199           ☐ 10,001-25,000          ☐ More than100,000
                            ■ 200-999

**15.  Estimated Assets**      ☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000      ■ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities** ☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000       ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Komodidad Distributors, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2016**
                MM / DD / YYYY

X **/s/ Jorge Galliano**                                     **Jorge Galliano**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Javier Vilarino**                        Date **May 25, 2016**
Signature of attorney for debtor                       MM / DD / YYYY

**Javier Vilarino**
Printed name

**Vilarino & Associates**
Firm name

**PO BOX 9022515**
**SAN JUAN, PR 00902-2515**
Number, Street, City, State & ZIP Code

Contact phone   **(787) 565-9894**        Email address   **jvilarino@vilarinolaw.com**

**223503**
Bar number and State

Debtor   **Komodidad Distributors, Inc.** _____   Case number (*if known*) _____
_____Name_____

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION _____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | |
|---|---|---|---|
| Debtor | **GA Property Develment Corp.** | Relationship to you | **Affiliated Company** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **GA Investors S.E.** | Relationship to you | **Affiliated Partnership** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **GAMAXPORT, Inc.** | Relationship to you | **Affiliated Company** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **GA Design & Sourcing Corp.** | Relationship to you | **Affiliated Company** |
| District | _____ When _____ | Case number, if known | _____ |

# KOMODIDAD DISTRIBUTORS, INC.

## CERTIFICATE OF RESOLUTION

I, Carlos Galliano Artime, of legal age, married and resident of Caguas, Puerto Rico, in my capacity as Secretary of Komodidad Distributors, Inc., a corporation organized and existing under the laws of the Commonwealth of Puerto Rico (the "Corporation"), DO HEREBY CERTIFY that on a meeting of the Board of Directors of the Corporation which was called for and notified in accordance with the Corporate By-Laws, and for which quorum existed, having taken place said meeting on May 23, 2016, it was agreed and unanimously voted to approve the following resolutions:

> **RESOLVED THAT**, Komodidad Distributors, Inc., a corporation organized and existing under the laws of the Commonwealth of Puerto Rico (the "Corporation"), is hereby authorized to file a Chapter 11 Bankruptcy Petition and that the President, Jorge A. Galliano Artime, is hereby authorized to sign, on behalf of the Corporation, any petition, form, or other document(s) necessary or required in connection with the Chapter 11 Bankruptcy Petition to be filed before the US Bankruptcy Court for the District of Puerto Rico;

> **RESOLVED FURTHER THAT**, the Corporation is hereby authorized to retain the services of Javier Vilariño, Esq. to act as counsel for the Corporation with respect to said Chapter 11 Bankruptcy Petition.

I **FURTHER CERTIFY THAT,** the foregoing resolutions have not been subsequently amended, modified, altered of repealed and are in full force and effect as of the date hereof.

IN **WITNESS WHEREOF**, I hereby set my hand, at San Juan, Puerto Rico, this 24th day of May, 2016.

KOMODIDAD DISTRIBUTORS, INC.

Carlos J. Galliano Artime
Secretary



Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Komodidad Distributors, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO, SAN JUAN DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey St New York, NY 10285-1000 | | | | | | $599,627.37 |
| MAJESTIQUE CORPORATION PO Box 193066 San Juan, PR 00919-3066 | | | | | | $231,811.09 |
| HOP LUN 32/F, 9 Wing Hong Street, Cheung Sha Wan Kowloon, Hong Kong | | | | | | $161,746.80 |
| DOIT Distributors / KIMIC LLC PO Box 441 Fajardo, PR 00738 | | | | | | $133,399.03 |
| Rosa Rodriguez, S.E. P.O. BOX 906 Hatillo, PR 00659 | | | | | | $121,176.00 |
| V.O. INDUSTRIAL CORPORATION PO Box 734 Caguas, PR 00726-0734 | | | | | | $79,783.14 |
| THE SEMBLER CO. 5858 Central Ave Saint Petersburg, FL 33707-1720 | | | | | | $75,238.45 |
| OLEM SHOE CORP. PO BOX 1036 Charlotte, NC 28201 | | | | | | $70,554.30 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Komodidad Distributors, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RANDY HANGERS, LLC DEPARTMENT AT 40190 Atlanta, GA 31192** | | | | | | $66,939.00 |
| **Banco Popular de PR PO BOX 362708 San Juan, PR 00936-2708** | | | | | | $65,018.41 |
| **DATA@ACCESS COMMUNICATIONS, INC 31 Ave de la Constitucion Ste 100 San Juan, PR 00901-2001** | | | | | | $62,743.12 |
| **Leonisa CALLE O'NEILL 211 Hato Rey, PR 00918** | | | | | | $55,558.68 |
| **International Intimates 31 W. 34TH ST, 9TH FLOOR New York, NY 10001** | | | | | | $55,144.45 |
| **BANCO SANTANDER PO Box 362589 San Juan, PR 00936-2589** | | | | | | $54,575.96 |
| **PERFUME CENTER OF AMERICA 2020 OCEAN AVE Ronkonkoma, NY 11779** | | | | | | $53,286.50 |
| **Neu Enterprises P.O. Box 79505 Carolina, PR 00984** | | | | | | $49,252.06 |
| **BODY GLOVE 6400 Cote Liesse, St Laurent Quebec, Canada** | | | | | | $49,102.80 |
| **Millionaire Club PO BOX 1749 Sabana Seca, PR 00952** | | | | | | $45,260.25 |
| **BANCO SANTANDER PO Box 362589 San Juan, PR 00936-2589** | | | | | | $43,726.71 |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 2

Debtor   **Komodidad Distributors, Inc.**
_____          Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BRIAN BROTHERS INC.Cit Group 601 16th Street Carlstadt, NJ 07072** | | | | | | **$39,702.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Komodidad Distributors, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 25, 2016**          X  **/s/ Jorge Galliano**
                                        Signature of individual signing on behalf of debtor

                                        **Jorge Galliano**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name **Komodidad Distributors, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO, SAN JUAN DIVISION**

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).** Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,508.29** |
| | **Ace Insurance** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | PO Box 191249 | ☐ Disputed | |
| | San Juan, PR 00919-1249 | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,858.68** |
| | **AFLAC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1932 WYNNTON ROAD** | ☐ Disputed | |
| | Columbus, GA 31999 | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,428.00** |
| | **ALMACOR** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **BOGOTA** | ☐ Disputed | |
| | Colombia | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,980.85** |
| | **AMBIANCE APPAREL-1** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2415 E 15th St** | ☐ Disputed | |
| | Los Angeles, CA 90021-2936 | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Komodidad Distributors, Inc.**
_____
Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599,627.37 |
|---|---|---|---|

**American Express**

**200 Vesey St**
**New York, NY 10285-1000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate-Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,079.00 |
|---|---|---|---|

**American Hangers**

**687 Lehigh Ave**
**Union, NJ 07083-7644**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,923.00 |
|---|---|---|---|

**ANTILLAS SHOE CORP.**

**PO Box 6559**
**San Juan, PR 00914-6559**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.71 |
|---|---|---|---|

**Autoridad de Acueductos Alcantarillados**

**PO Box 7066**
**San Juan, PR 00916-7066**

Date(s) debt was incurred __

Last 4 digits of account number  **0053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.22 |
|---|---|---|---|

**Autoridad de Acueductos Alcantarillados**

**PO Box 7066**
**San Juan, PR 00916-7066**

Date(s) debt was incurred __

Last 4 digits of account number  **9012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,975.54 |
|---|---|---|---|

**Autoridad de Acueductos Alcantarillados**

**PO Box 7066**
**San Juan, PR 00916-7066**

Date(s) debt was incurred __

Last 4 digits of account number  **6746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,015.69 |
|---|---|---|---|

**Autoridad de Acueductos Alcantarillados**

**PO Box 7066**
**San Juan, PR 00916-7066**

Date(s) debt was incurred __

Last 4 digits of account number  **1448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Komodidad Distributors, Inc.**                                          Case number (if known) _____
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.71 |

**Autoridad de Acueductos Alcantarillados**

PO Box 7066
San Juan, PR 00916-7066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **7825**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.86 |

**Autoridad de Acueductos Alcantarillados**

PO Box 7066
San Juan, PR 00916-7066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **6561**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.19 |

**Autoridad de Acueductos y Alcantarillado**

PO BOX 70101
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **1665**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,257.98 |

**Autoridad de Acueductos y Alcantarillado**

PO BOX 70101
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **7536**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.27 |

**Autoridad de Acueductos y Alcantarillado**

PO BOX 70101
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **7994**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.15 |

**Autoridad de Acueductos y Alcantarillado**

PO BOX 70101
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **1525**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.34 |

**Autoridad de Acueductos y Alcantarillado**

PO BOX 70101
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number  **0601**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Komodidad Distributors, Inc.**
_____
Name

Case number (if known)  _____

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $179.90 |

**Autoridad de Acueductos y Alcantarillado**

**PO BOX 70101**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **4002**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $128.86 |

**Autoridad de Acueductos y Alcantarillado**

**PO BOX 70101**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **4473**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,879.53 |

**Autoridad de Energia Electrica**

**P.O. BOX 363508**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,474.33 |

**Autoridad de Energia Electrica**

**PO Box 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **2000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,141.03 |

**Autoridad de Energia Electrica**

**PO Box 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,417.52 |

**Autoridad de Energia Electrica**

**PO Box 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47.54 |

**Autoridad de Energia Electrica**

**PO Box 363508**
**San Juan, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address

**Autoridad de Energia Electrica**

PO Box 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __

Last 4 digits of account number  **2000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,003.23**

---

**3.27** | Nonpriority creditor's name and mailing address

**Autoridad de Energia Electrica**

PO Box 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,422.25**

---

**3.28** | Nonpriority creditor's name and mailing address

**Autoridad de Energia Electrica**

PO Box 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,616.06**

---

**3.29** | Nonpriority creditor's name and mailing address

**Autoridad de Energia Electrica**

PO Box 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,737.70**

---

**3.30** | Nonpriority creditor's name and mailing address

**Autoridad de Energia Electrica**

P.O. BOX 363508
San Juan, PR 00936

Date(s) debt was incurred __

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,040.08**

---

**3.31** | Nonpriority creditor's name and mailing address

**BAGCOR, INC**

100 Blvd Paseos Suite 112 MSC 200
San Juan, PR 00926

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$869.70**

---

**3.32** | Nonpriority creditor's name and mailing address

**BALALAIKA**

Medellin
Colombia

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12,110.77**

---

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Banco Popular de PR**

PO BOX 362708
San Juan, PR 00936-2708

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$65,018.41**

---

**3.34** | Nonpriority creditor's name and mailing address
**Banco Popular de PR**

PO Box 362708
San Juan, PR 00936-2708

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __C-Galliano__

Is the claim subject to offset? ☐ No ☐ Yes

**$15,186.10**

---

**3.35** | Nonpriority creditor's name and mailing address
**BANCO SANTANDER**

PO Box 362589
San Juan, PR 00936-2589

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __C Galliano__

Is the claim subject to offset? ☐ No ☐ Yes

**$54,575.96**

---

**3.36** | Nonpriority creditor's name and mailing address
**BANCO SANTANDER**

PO Box 362589
San Juan, PR 00936-2589

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$43,726.71**

---

**3.37** | Nonpriority creditor's name and mailing address
**BENIKO INC.**

99 Park Ave
New York, NY 10016-1601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,495.20**

---

**3.38** | Nonpriority creditor's name and mailing address
**BLACK HORSE, INC.**

PO BOX 880
Guaynabo, PR 00970-0880

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,133.02**

---

**3.39** | Nonpriority creditor's name and mailing address
**BLANCO & RIERA INC.**

609 Carpenter Road
Santurce, PR 00916

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$26,480.22**

---

| Debtor | **Komodidad Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,420.00 |
|---|---|---|---|

**BLUE SKETCH**

1015 S. Croker St. R-3
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,102.80 |
|---|---|---|---|

**BODY GLOVE**

6400 Cote Liesse, St Laurent
Quebec, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,666.00 |
|---|---|---|---|

**Brand Ministry NYC**

545 Eight Avenue Suite 1700
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**BRENDA RODRIGUEZ**

390 Juncos Street, la Cumbre
San Juan, PR 00925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Advertising__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,702.00 |
|---|---|---|---|

**BRIAN BROTHERS INC.Cit Group**

601 16th Street
Carlstadt, NJ 07072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,280.00 |
|---|---|---|---|

**Burnside**

PO BOX
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,757.53 |
|---|---|---|---|

**CADILLAC UNIFORM & LINEN**

221 Avenida Laurel # 221
Bayamon, PR 00959-1908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,416.00 |
|---|---|---|---|

**CAMROSE TRADING INC.**

1173 NW 159th Dr.
Miami, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,149.00 |
|---|---|---|---|

**Caviar Dremes**

PO BOX 60288
Los Angeles, CA 90060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,656.52 |
|---|---|---|---|

**CHAMELA**
Zona Industrial de Belen
Calle 29D, No 55 - 173
Colombia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,312.00 |
|---|---|---|---|

**CN International**

935 de La Gauchetière Street West
Montreal, Quebec

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,371.45 |
|---|---|---|---|

**CONWASTE**

PO Box 1322
Gurabo, PR 00778-1322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __GA INVEST-SERVICES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,694.36 |
|---|---|---|---|

**CORPO CARACOLE**

SABANETA, ANTIOQUIA
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,610.80 |
|---|---|---|---|

**COVA**

3550 Cadillac Avenue
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Komodidad Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**

**D.G. TECK**

**33604 West Eight Mile Road**
**Farmington Hills, MI 48335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$20,650.55**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**DALI OVERSEAS CORP.**

**9208 Emerson Ave.**
**Surfside, FL 33142**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,624.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**DATA@ACCESS COMMUNICATIONS,INC**

**31 Ave de la Constitucion Ste 100**
**San Juan, PR 00901-2001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$62,743.12**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**DC Shoes - USA**

**PO BOX 749337**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$16,028.60**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**DE ANGEL & COMPAÑIA**

**PO Box 5460**
**Caguas, PR 00726-5460**

Date(s) debt was incurred __MAY, 2015__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GA Design & Sourcing Corp/ SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

**$12,442.87**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**DEYA ELEVATOR SERVICE INC**

**PO BOX 362411**
**San Juan, PR 00936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$223.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**DHL Airways, Inc.**

**14076 Collections Centre Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,872.90**

---

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,190.55**

**DIESEL ENGINE TECHNICAL**
**PMB 632**
**HC 1 Box 29030**
**Caguas, PR 00725-8900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINTENANCE__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,399.03**

**DOIT Distributors / KIMIC LLC**

**PO Box 441**
**Fajardo, PR 00738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,740.03**

**ECONOMY PRESS, LLC**

**PO Box 364983**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,302.00**

**Element Model & Talent Management**

**Calle 18 SE #807, Caparra Terrace**
**San Juan, PR 00921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,913.30**

**Emergency Generators**
**Miami**
**5820 NW 84th Ave**
**Miami, FL 33166-3313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,867.00**

**Emilio Pinero Ferrer**

**PO BOX 13614**
**San Juan, PR 00908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.00**

**Evertec Group, LLC**

**PO BOX 364527**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,260.00 |
|---|---|---|---|
| | **Evolution in Design** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3500 Old York Rd.** | ☐ Disputed | |
| | **Gastonia, NC 28056** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,847.07 |
|---|---|---|---|
| | **Fast Office & Computer Supply** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Calle Aguadilla No. 24** | ☐ Disputed | |
| | **Hato Rey, PR 00917** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,349.05 |
|---|---|---|---|
| | **FIDDLER GONZALEZ & RODRIGUEZ, P.S.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **254 Ave Munoz Rivera Fl 6** | ☐ Disputed | |
| | **San Juan, PR 00918-1900** | | |
| | | **Basis for the claim:** **GA-SERVICES** | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,924.70 |
|---|---|---|---|
| | **Fondo del Seguro del Estado** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO BOX 365028** | ☐ Disputed | |
| | **San Juan, PR 00936-5028** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,450.00 |
|---|---|---|---|
| | **GANJI** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1015 CROCHER ST. R08** | ☐ Disputed | |
| | **Los Angeles, CA 90021** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,115.18 |
|---|---|---|---|
| | **Garotas** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **CII. 6SUR NO.52-62** | ☐ Disputed | |
| | **MEDELLIN COLOMBIA** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,440.00 |
|---|---|---|---|
| | **Gemini** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1100 S. SAN PEDRO, St. B-1** | ☐ Disputed | |
| | **Los Angeles, CA 90015** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| | Last 4 digits of account number __ | | |

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,579.83 |

**Gesco Alarm System**

PO Box 2110
Bayamon, PR 00960-2110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.78 |

**Grainger**

DEPT 879325330
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,947.00 |

**Guilbert Tex Inc./ Smash**

4801 STAUTON AVE
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,746.80 |

**HOP LUN**

32/F, 9 Wing Hong Street, Cheung Sha Wan
Kowloon, Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,260.54 |

**HP Company**

5980 MIAMI LAKES DRIVE
Miami lakes, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rentals

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,615.35 |

**IMPRENTA CARTAGENA**

156 Km 57.1 Marginal Bldg CARTAGENA
Caguas, PR 00725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,269.50 |

**INA**

754 E 12th Street 3
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,762.67 |
|---|---|---|---|

**INDUSTRIAS ST EVEN LTDA**
A.A. 60094 LOCAL 401
CARRERA 46 NO. 30-61 PISO 4
Medellin, Colombia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.20 |
|---|---|---|---|

**Inspira Mental Health Management**

PO BOX 9809
Caguas, PR 00726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,258.80 |
|---|---|---|---|

**Interboro Systems Corp.**

P.O. BOX 6371
San Juan, PR 00914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,144.45 |
|---|---|---|---|

**International Intimates**

31 W. 34TH ST, 9TH FLOOR
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,006.00 |
|---|---|---|---|

**Island Footwear**

601 North Congress Ave. Suite 202
Delray Beach, FL 33445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,939.50 |
|---|---|---|---|

**JOIA Accesories**

1020 S CROCKER ST
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,580.38 |
|---|---|---|---|

**JT Consulting Group, Inc.**

P.O. BOX 70250 SUITE 142
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,648.00**

**La Strada**

PO BOX 1036
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,558.68**

**Leonisa**

CALLE O'NEILL 211
Hato Rey, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,883.60**

**LIRA**

5521 Schaefer Avenue
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,682.82**

**LOST ENTERPRISES - CIT GROUP**

170 TECHNOLOGY DRIVE
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,184.00**

**Love Tree - General Business**

110 E. 9TH STREET Suite A-1126
Los Angeles, CA 90079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,004.00**

**Lovely Day - 1**

1015 S. Crocker St #S-03
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,062.62**

**MAGIC TRANSPORT**

PO Box 360729
San Juan, PR 00936-0729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Komodidad Distributors, Inc.**

Name

Case number *(if known)*

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231,811.09 |
|---|---|---|---|

**MAJESTIQUE CORPORATION**

PO Box 193066
San Juan, PR 00919-3066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.48 |
|---|---|---|---|

**Mar Jack**

Calle Delicias #1250
Pto. Nuevo, PR 00920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,933.99 |
|---|---|---|---|

**Mar Jor & Sons, Inc.**

PO BOX 362613
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,352.50 |
|---|---|---|---|

**MEZZANINE USA INC-2**

3701 S Broadway
Los Angeles, CA 90007-4435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,892.80 |
|---|---|---|---|

**MIK MAK, Inc.**

1200 SANTEE ST. Suite 603
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,260.25 |
|---|---|---|---|

**Millionaire Club**

PO BOX 1749
Sabana Seca, PR 00952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,840.00 |
|---|---|---|---|

**Moda Gentleman**

1426 PALOMA ST
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,015.00 |
|---|---|---|---|

**Monica Galliano**

11885 NW 78 PL
Parkland, FL 33076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,115.00 |
|---|---|---|---|

**Multi Fire Products**

PO BOX 8984
San Juan, PR 00910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,239.12 |
|---|---|---|---|

**Natura Trading Incorporado**

426 CORCEGA ST
San Juan, PR 00920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,324.00 |
|---|---|---|---|

**Natural Dyes - Cit Group**

1074 ORCHARD STREET
North Bunswick, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,252.06 |
|---|---|---|---|

**Neu Enterprises**

P.O. Box 79505
Carolina, PR 00984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,867.63 |
|---|---|---|---|

**NEW GARDEN DESIGN INC**

PO Box 1236
Cidra, PR 00739-1236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $918.00 |
|---|---|---|---|

**Noble U**

1015 S. Crooker Street, #R-21
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,554.30 |
|---|---|---|---|

**OLEM SHOE CORP.**

PO BOX 1036
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |
|---|---|---|---|

**Olive Tree**

PO BOX 741084
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,092.00 |
|---|---|---|---|

**Papermoon Clothing**

1700 E WASHINGTON BLVD
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,401.50 |
|---|---|---|---|

**Parvenue**

777 E. 10th St. #305
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,125.49 |
|---|---|---|---|

**PC ASSOCIATES**

PO Box 1711
Sabana Seca, PR 00952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,051.81 |
|---|---|---|---|

**PENSION ADMINISTRATORS GROUP,INC**

PO BOX 9023794
San Juan, PR 00902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,286.50 |
|---|---|---|---|

**PERFUME CENTER OF AMERICA**

2020 OCEAN AVE
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,977.60 |
|---|---|---|---|

**PYN USA FOOTWEAR INC**

310 NW 25th Street
Miami, FL 33127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.80 |
|---|---|---|---|

**QUALITY WATER SERVICE**

PO BOX 9020096
San Juan, PR 00902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**RADIO MARKETING SYSTEMS**

425 CARR 693 PMB 193
Dorado, PR 00646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,939.00 |
|---|---|---|---|

**RANDY HANGERS, LLC**

DEPARTMENT AT 40190
Atlanta, GA 31192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,871.13 |
|---|---|---|---|

**RANGER AMERICAN**

P.O. BOX 29105
San Juan, PR 00929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,440.06 |
|---|---|---|---|

**RGIS INVENTORY SPECIALISTS**

PO BOX 77631
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,176.00 |
|---|---|---|---|

**Rosa Rodriguez, S.E.**

P.O. BOX 906
Hatillo, PR 00659

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Komodidad Distributors, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,097.00 |
|---|---|---|
| **SARAMAX--CIT GROUP** | ☐ Contingent | |
| | ☐ Unliquidated | |
| PO BOX 1036 | ☐ Disputed | |
| Charlotte, NC 28201 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,484.50 |
|---|---|---|
| **SASCO Trading, Inc.** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 1410 BROADWAY SUITE 1908 | ☐ Disputed | |
| New York, NY 10018 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.126**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,668.28 |
|---|---|---|
| **SEA FREIHT** | ☐ Contingent | |
| | ☐ Unliquidated | |
| PO Box 4003 | ☐ Disputed | |
| Carolina, PR 00984-4003 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.127**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,040.75 |
|---|---|---|
| **SEGURO SERVICIO DE SALUD** | ☐ Contingent | |
| | ☐ Unliquidated | |
| P.O. BOX 71548 | ☐ Disputed | |
| San Juan, PR 00936 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.128**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.14 |
|---|---|---|
| **Sion Security Guard inc** | ☐ Contingent | |
| **COM. EL LAUREL** | ☐ Unliquidated | |
| **434 Paseo Ruisenor** | ☐ Disputed | |
| Coto Laurel, PR 00780-2408 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.129**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,524.00 |
|---|---|---|
| **SLC FOOTWEAR** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 570 NW 26th St | ☐ Disputed | |
| Miami, FL 33127-4334 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.130**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,554.00 |
|---|---|---|
| **STRATA GARMENTS** | ☐ Contingent | |
| | ☐ Unliquidated | |
| 2823 State Road A1a | ☐ Disputed | |
| Atlantic Beach, FL 32233-2843 | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Debtor  **Komodidad Distributors, Inc.**                    Case number (if known) _____
        Name

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,025.16 |
|---|---|---|---|

**SUMMIT INTERNATIONAL**

PO Box 1045
Sabana Seca, PR 00952-1045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,378.14 |
|---|---|---|---|

**SUNSET SPORTWEAR**

424 Sunset Blvd S
Sunset Beach, NC 28468-4166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,653.00 |
|---|---|---|---|

**TEA & ROSE**

FILE 51084
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,377.01 |
|---|---|---|---|

**The Factory**

Calle Gautier Benitez # 1
Caguas, PR 00726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,238.45 |
|---|---|---|---|

**THE SEMBLER CO.**

5858 Central Ave
Saint Petersburg, FL 33707-1720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,790.00 |
|---|---|---|---|

**THE VINTAGE SHOP**

1015 S. CROCKER ST #R14
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,098.00 |
|---|---|---|---|

**Toto Collection**

1100 S. SAN PEDRO ST.# C-5
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | | Case number (if known) | |
| | Name | | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,164.42**

**TRANS UNION DE P.R., INC.**

PO Box 364983
San Juan, PR 00936-4983

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,783.14**

**V.O. INDUSTRIAL CORPORATION**

PO Box 734
Caguas, PR 00726-0734

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Rent__

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,488.00**

**VICTORY INTERNATIONAL**

75 Newfield Ave
Edison, NJ 08837-3816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,574.00**

**VIVACE**

726 E. 12TH ST. #116
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,436.39**

**WASTE MANAGEMENT DE PR**

PO BOX 594
Caguas, PR 00726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.00**

**WILFREDO CUSTODIO**

PO Box 1091
Canovanas, PR 00729-1091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,346.64**

**WORLDNET**

PO BOX 70201
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Komodidad Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,840.86 |
|---|---|---|---|

**XEROX CORP**

PO BOX 827598
Philadelphia, PA 19182

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,775.30 |
|---|---|---|---|

**YANBER AMERICA,INC**

BOX 1926
CAROLINA, PR 00984

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PACKING**

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,160.00 |
|---|---|---|---|

**YMI JEANSWEAR**

1155 S Boyle Ave
Los Angeles, CA 90023-2109

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,022.68 |
|---|---|---|---|

**ZAD JEWERLY**

30 S La Patera Ln # 9
Santa Barbara, CA 93117-3253

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,208.00 |
|---|---|---|---|

**ZENOBIA, INC**

1100 S San Pedro St Ste A-4
Los Angeles, CA 90015-2328

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,080,381.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,080,381.87 |

## United States Bankruptcy Court
### District of Puerto Rico

**In re: <u>Komodidad Distributors, Inc.</u>**      Case No. _____
**Debtor**      Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

<u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

■ <u>RETAINER</u>

For legal services, I have agreed to accept and received a retainer of………..  $**10,000.00**
The undersigned shall bill against the retainer at an hourly rate of                **SEE RATES
BELOW**
[Or attach firm hourly rates schedule] Debtor(s) have agreed to pay all Court approved Fees and expenses exceeding the amount of the retainer.

2. <u>$1,717.00</u>  of the filing fee has been paid.

3. The source of compensation paid to me was:

      ■ Debtor                Other (specify)

4.  The source of compensation to be paid to me is:

      ■ Debtor                Other (specify)

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:

    a. In the case of Javier Vilariño, Esq (Senior Attorney), a rate of $235.00 per hour plus any costs and expenses.

    b. In the case of Associates, a rate of $170.00 per hour plus any costs and expenses.

    c. In the case of Law Clerks, a rate of $100.00 per hour plus any costs and expenses.

    d. In the case of Paralegals, a rate of $85.00 per hour plus any costs and expenses.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 25, 2016 _____       _____ /s/ Javier Vilarino
*Date*                                      JAVIER VILARIÑO
                                              USDC NUM. 223503
                                            *Signature of Attorney*

                                      VILARINO & ASSOCIATES LLC
                                              PO BOX 9022515
                                            San Juan, PR 00902-2515
                                            *Name of law firm*
                                       E-mail: jvilarino@vilarinolaw.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                    Case No. _____

Komodidad Distributors, Inc. _____   Chapter <u>33</u>
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: ___<u>May 25, 2016</u>___      Signature: ___<u>/s/ Jorge Galliano</u>_____
                                    <u>Jorge Galliano, President</u>
                                                                        Debtor


Date: _____      Signature: _____
                                                                Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)